# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LINDA BAYLISS**                                                                                         **PLAINTIFF**

**v.**                                      **Case No. 5:13-cv-00239-KGB**

**ECONOMY PREMIER**
**ASSURANCE COMPANY**                                                              **DEFENDANT**

## ORDER

Based on the parties' stipulation of dismissal (Dkt. No. 19), the Court dismisses this case and plaintiff's complaint with prejudice as to the defendant herein with the parties bearing their own costs and attorney's fees.

SO ORDERED this 15th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE